# EXHIBIT C
# ORDER

# STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

FCA US

                **Plaintiff,**

v

MARTINREA INTERNATIONAL US INC

                **Defendant,**

NO: 2020-185155-CB

HON. MARTHA D. ANDERSON

## ORDER

At a session of Court
held in Oakland County, Michigan
on 12/17/2020

**THE COURT FINDS:**

On December 14, 2020, Plaintiff filed a Complaint and Motion for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction should not Issue. On that same date, two Appearances of Counsel were filed in the court file with respect to Defendant International US Inc.

The Court has not determined whether oral argument is deemed necessary relative to Plaintiff's motion.

**THEREFORE, THE COURT HEREBY ORDERS:**

Defendants shall file their Response to Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction should not Issue on or before 12:00 p.m. on Monday, December 21, 2020.

To the extent the Court deems oral argument necessary, an Order shall issue scheduling same for hearing before the Court.

/s/ Martha Anderson

**HON. MARTHA D. ANDERSON**

**Circuit Court Judge**